UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14434-CIV-CANNON

JOAN TAPIA,

      Plaintiff,

v.

COASTAL DETOX, INC.,

      Defendant.

_____/

ORDER REQUIRING JOINT SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local

Rule 16.1, by **December 20, 2021.**  In addition, by **December 20, 2021,** the parties, including

governmental parties, must file Certificates of Interested Parties and Corporate Disclosure

Statements that contain a complete list of persons, associated persons, firms, partnerships, or

corporations that have a financial interest in the outcome of this case, including subsidiaries,

conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

Throughout the pendency of the action, the parties are under a continuing obligation to amend,

correct, and update the Certificates.

      **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of November

2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The parties must not include Judge Cannon as an interested party unless she has an interest in the litigation.