UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOAN TAPIA,
On behalf of herself and others similarly situated,

   Plaintiff,

v.

COASTAL DETOX, INC., a Florida Profit Corporation,

   Defendant.

Case No. 2:21-cv-14434-AMC

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Coastal Detox, Inc. ("Defendant"), by and through the undersigned counsel, respectfully move for an extension of time up to and including December 15, 2021, to respond to Plaintiff's Complaint, and states the following in support:

1. Plaintiff filed the Complaint (Doc. 1) on November 3, 2021. Defendant was served on November 10, 2021.

2. The current response deadline is December 1, 2021.

3. Without opposition from Plaintiff, Defendant requests an extension until December 15, 2021, of the deadline to respond to the Complaint. Counsel for the Defendant has reached out to Plaintiff's counsel and began to initiate early resolution discussions.

4. The parties are discussing the obligations set forth in the Court's FLSA Scheduling Order (Doc. 4) and jointly seek a brief extension of the deadlines therein due to the holiday and in order for counsel to continue their early voluntary discussions.

5. Accordingly, the parties jointly seek that the Plaintiff's deadline to set forth her Statement of Claim (Doc. 4) be extended by one week up to and including December 6, 2021,

which will therefore extend the remainder of the deadlines set forth in the Court's FLSA Scheduling Order (Doc. 4). The Parties also request that Plaintiff's counsel be granted an extension as to the timeframe to be permitted to email chambers regarding dates of availability for a settlement conference (see Doc. 5); the Parties jointly request that Plaintiff's counsel be permitted to email chambers on or before December 3, 2021 regarding dates of availability.

6. At present the Parties have not reached resolution. Accordingly, the undersigned requests brief extensions of time as described above and in the below, conclusion paragraph.

7. No party will be prejudiced by the requested extension.

## **MEMORANDUM OF LAW**

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). The Defendant's request for an extension of the deadline is made in good faith and does not prejudice Plaintiff. In fact, Plaintiff agrees to the extension. Permitting the extension will enable Defendant to respond to the Complaint following analysis of the relevant files.

WHEREFORE, Defendant respectfully request an extension of time to respond to Plaintiff's Complaint up to and including December 15, 2021.

Furthermore, the Parties jointly respectfully request that Plaintiff's counsel be permitted to submit dates of availability for a settlement conference on or before December 3, 2021 and that Plaintiff shall provide her Statement of Claim on or before December 6, 2021 and that all other deadlines set forth in the Court's FLSA Scheduling Order (Doc. 4) be extended by one week.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Defendant has conferred with counsel for Plaintiff regarding the subject matter of this motion, and Plaintiff does not oppose the relief requested, and joins in part of the requested relief.

Dated this 29th day of November, 2021

>Respectfully submitted,
>
>Spire Law, LLC
>2572 W. State Road 426, Suite 2088
>Oviedo, Florida 32765
>
>By:   */s/ Jesse I. Unruh*
>Jesse I. Unruh, Esq.
>Florida Bar No. 91121
>jesse@spirelawfirm.com
>sarah@spirelawfirm.com
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2021., the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Robert S. Norell, Esq. at Roberts S. Norell, rob@floridawagelaw.com; P.A. 300 N.W. 70th Avenue Suite 305 Plantation, Florida 33317.

>*/s/ Jesse I. Unruh*
>Attorney