UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14434-CIV-CANNON/Maynard

JOAN TAPIA,

    Plaintiff,

v.

COASTAL DETOX, INC.,

    Defendant.
_____/

### ORDER SCHEDULING MEDIATION

**THIS MATTER** comes before the Court upon the parties' Joint Notice Scheduling Mediation [ECF No. 20], filed on January 18, 2022. The Mediation in this case shall be held before Neil Flaxman, on August 16, 2022, at 10:00 a.m., to be conducted at 515 East Las Olas Blvd, Suite 120, Fort Lauderdale, Florida 33301. The parties are reminded that a report of their mediation must be filed within five (5) days thereafter. The parties also are reminded that no changes to any aspect of this Order may be made absent a properly filed motion for such relief and Court approval.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of January 2022.

                                              AILEEN M. CANNON
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record